**Opinion filed June 30, 2011**



In The

# Eleventh Court of Appeals

_____

## No. 11-11-00119-CV

_____

## IN THE INTEREST OF K.C.N., D.U.N., AND A.A., CHILDREN

**On Appeal from the 132nd District Court**
**Scurry County, Texas**
**Trial Court Cause No. 23683**

## M E M O R A N D U M   O P I N I O N

D.N. is the appellant in this appeal. He has filed a motion to dismiss the appeal pursuant to TEX. R. APP. P. 42.1(a)(1). In the motion, appellant states that "the parties [have] reached an agreement to resolve the case" rendering the appeal moot. Therefore, in accordance with appellant's request, we dismiss the appeal.

The motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

June 30, 2011

Panel[1] consists of: Wright, C.J.,
McCall, J., and Hill, J.[2]

---

[1]Rick Strange, Justice, resigned effective April 17, 2011. The justice position is vacant pending appointment of a successor by the governor.

[2]John G. Hill, Former Justice, Court of Appeals, 2nd District of Texas at Fort Worth, sitting by assignment.